**282**

UNITED STATES ex rel. John COLLINS,
Relator-Appellant,

v.

Robert A. HEINZE, Warden of California
State Prison at Folsom, Respond-
ent-Appellee.

Misc. No. 421.

United States Court of Appeals,
Ninth Circuit.

March 9, 1955.

John Collins, in pro. per.

No appearance for respondent-appel-
lee.

Before DENMAN, Chief Judge, and
BONE and POPE, Circuit Judges.

PER CURIAM.

Collins alleges that he has been denied
access to this court because certain doc-
uments he forwarded to the court were
intercepted by respondent. This court
has received the documents.

The application is denied.

Reuben D. SILLIMAN, Petitioner,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 63, Docket 23001.

United States Court of Appeals,
Second Circuit.

Argued Feb. 16, 1955.

Decided March 10, 1955.

Alger B. Chapman, Joseph J. O'Con-
nell, Jr., Arthur K. Mason, and Brady

O. Bryson, New York City (Walter J.
Rockler, Washington, D. C., of counsel),
for petitioner.

H. Brian Holland, Asst. Atty. Gen.,
Ellis N. Slack and David O. Walter,
Washington, D. C., for respondent.

Before FRANK and MEDINA, Circuit
Judges, and BRENNAN, District Judge

PER CURIAM.

Affirmed on the opinion of Judge
Arundell, reported in 11 T.C.M. 921,
and supplemental opinion, reported in
12 T.C.M. 707.

William Olden McCALL, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 6937.

United States Court of Appeals,
Fourth Circuit.

Argued March 8, 1955.

Decided March 11, 1955.

William O. McCall, pro se.

Joseph E. Hines, U. S. Atty., Spartan-
burg, N. C., for appellee.

Before PARKER, Chief Judge, and
SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This is an appeal in a criminal case
from denial of a motion under 28 U.S.C.
§ 2255 to set aside a sentence of impris-
onment. Appellant, who was represent-
ed by counsel appointed by the Court,
entered a plea of guilty to the crime with
which he was charged. The grounds al-
leged for setting aside the sentence are
frivolous.

Affirmed.